IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50011
Conference Calendar
_____

KENNETH LEE JOHNSON,

                                        Plaintiff-Appellant,

versus

ALICE BENNER; DELPHIS BENOIT;
JACK M. GARNER, Warden; CHARLIE
F. STREETMAN, Assistant Warden;
FRANK WILLIAMS; GRACE E. KENNEDY

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CV-37
- - - - - - - - - -
April 18, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Kenneth Lee Johnson appeals from the district court's denial
of his motion for the appointment of counsel.  Johnson's request
for leave to proceed in forma pauperis is DENIED as unnecessary.
We have reviewed the record and Johnson's contentions and discern
no abuse of discretion by the district court in denying
appointment of counsel.  We AFFIRM for essentially the same

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

reasons stated by the district court.  <u>Johnson v. Benner</u>, No. W-94-CV-37 (W.D. Tex. Dec. 4, 1995).

AFFIRMED.